UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 10-cr-8-01-JD

<u>Francisco Diaz</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted.  Trial is continued to the two-week period beginning May 4, 2010, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                          <u>/s/ Joseph A. DiClerico, Jr.</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  March 10, 2010

cc:  Jessica C. Brown, Esq.
     Michael J. Zaino, Esq.
     U.S. Marshal
     U.S. Probation