```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 10-cr-0008-01-JD

<u>Francisco Diaz</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Trial is continued to the two-week period beginning June 2, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                                   *Joseph A. DiClerico, Jr.*
                                                                   Joseph A. DiClerico, Jr.
                                                                   United States District Judge

Date:  April 28, 2010


cc:   Jessica C. Brown, Esq.
      Michael J. Zaino, Esq.
      U.S. Marshal
      U.S. Probation