UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.          Criminal No. 10-cr-08-01-JD

<u>Francisco Diaz</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 14 ) filed by defendant is granted; Trial is continued to the two-week period beginning July 20, 2010, 09:30.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                *Joseph A. DiClerico, Jr.*
                Joseph A. Diclerico, Jr.
                United  States District  Judge

Date:  May 21, 2010

cc: Jessica C. Brown, Esq.
   Michael J. Zaino, Esq.
   U.S. Marshal
   U.S. Probation